IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH MAYDAK, )
    Plaintiff, )
     )
v. ) Civil Action No. 07-1329
     )
COUNTY OF ALLEGHENY, ET AL., )
    Defendants. )

## ORDER

Plaintiff has filed a document, entitled "Objections to the Order of the Magistrate Judge", which the court will construe as an appeal of United States Magistrate Judge Amy Reynolds Hay's non-dispositive order of September 3, 2009 [document #42]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 14th day of September, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Amy Reynolds Hay,
    United States Magistrate Judge

    All parties of record