IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH MAYDAK,<br><br>           Plaintiff<br><br>vs.<br><br>COUNTY OF ALLEGHENY,<br>PENNSYLVANIA; INC.; RAMON<br>RUSTIN; CALVIN LIGHTFOOT; FRED<br>ROSEMEYER;DAN ONORATO,<br>           Defendants | Civil Action No. 07-1329<br>Chief District Judge Gary L. Lancaster/<br>Chief Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 14th day of January, 2010, after the Plaintiff, Keith Maydak, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until December 28, 2009 , to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

IT IS HEREBY ORDERED that the Amended Complaint [5] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Keith Maydak
613 Cross Street
East McKeesport, PA 15035

All Counsel of Record by electronic filing